UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PATRICIA E. LARSON,

Plaintiff,

v.

SEAGATE TECHNOLOGY, INC.,

Defendant.

CIVIL NO. 00-2507 (DSD/JMM)

ORDER

This Court has received a letter dated December 6, 2001 from counsel for Plaintiff. It does not appear that a copy was provided to counsel for Defendant. A copy of the letter is attached as an Appendix to this Order. The Court will treat the letter as a Motion to Disqualify pursuant to the provisions of 28 U.S.C. § 455(a).

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter.

2. By separate notice, the Parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter. The Settlement Conference scheduled before the undersigned for December 19, 2001 is canceled and will be rescheduled by the new Magistrate Judge.

Dated: December 12, 2001

JOHN M. MASON
United States Magistrate Judge

(30)

DEC 12 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

MEMORANDUM

This Court was assigned as Magistrate Judge in this case upon the filing of the Complaint on November 13, 2000. Counsel for Plaintiff did not make known her view that this Court might recuse until the recent close of the pretrial process, and after the Order for Settlement Conference was issued on December 4, 2000. The Motion is thus untimely. In addition, as a substantive matter, we have no memory of the remarks attributed to the Court at the earlier settlement conference in another matter, and the record demonstrates that following that conference the Court presided over that very case, in which counsel for the Plaintiff appeared. (The Parties failed to execute the documents which would substantiate their settlement, resulting in the issuance of an Order of this Court directing that they do so). Gelle v. MDI Government Services, 00-cv-712 (DSD/JMM), [Docket No. 49].

Under all of these circumstances, it would appear that the Motion should be denied. See Hinman v. Rogers, 831 F.2d 937, 939 (10th Cir. 1987) ("There is as much obligation for a judge not to recuse when there is no occasion for him to do so as there is for him to do so when there is") and cases cited therein; In re Drexel Burnham Lambert Inc., 861 F.2d 1307, 1312 (2d Cir. 1988), rehearing denied 869 F.2d 116, cert. denied 490 U.S. 1102 (1989)("A judge is as much obliged not to recuse himself when it is not called for as he is obliged to when it is.") ; Davis v. Comm'r of Internal Revenue, 734 F.2d 1302, 1303 (8th Cir. 1997)("Under the statutory standard for judicial disqualification, judges are charged with an affirmative duty to probe the legal sufficiency of petitioner's affidavit of prejudice and not to disqualify themselves unnecessarily."); T.V Communications Network, Inc. v. ESPN, Inc., 767 F. Supp. 1077, 1080 (D. Colo. 1991);

United States v. Greenough, 782 F.2d 1556, 1558 (11th Cir. 1986). Moreover, the Court would be making no decisions at the Settlement Conference, but rather merely serving as mediator, in an effort to assist the Parties in reaching a voluntary agreement.

Notwithstanding the absence of grounds therefor, we have decided that the preferable course of action would be to withdraw from the settlement process, since counsel for Plaintiff is of the view that this Court could not be of assistance.

J.M.M.

**LAW OFFICES OF**
**SONJA DUNNWALD PETERSON**

1150E GRAIN EXCHANGE BUILDING
412 SOUTH FOURTH STREET
MINNEAPOLIS, MN 55415
(612) 347-0043
FACSIMILE (612) 347-0044

December 6, 2001

The Honorable John M. Mason
610 Federal Courts Building
316 North Robert Street
St. Paul, MN 55101

**VIA FACSIMILE**

**CONFIDENTIAL**

RE: Larson v. Seagate Technology, Inc., File No. 00-2507 DSD/JMM

Dear Magistrate Judge Mason:

I just received notice of an Order for Pretrial and Settlement Conference today, assigning you to serve as the Magistrate Judge for the settlement conference in the above-entitled matter, scheduled for December 19, 2001. Enclosed is a copy of the Order.

In April of this year, I represented the plaintiff in a settlement conference you conducted in the matter of Gelle v. MDI Government Services, File No. 00 CV 712 DSD/JMM. Among a number of comments you made in the presence of my client during the settlement conference, was your declaration that you would never again preside over any case in which I am involved as counsel. Given the tone of your comments, that declaration appeared to be based on your belief that you could no longer be unbiased in your dealings with me.

I am assuming given that past exchange, that you will be removing yourself from presiding in this matter. However, if you are not going to recuse yourself, I will be seeking your removal.

I would appreciate knowing your intentions re: recusal by tomorrow.

Sincerely,

LAW OFFICES OF
SONJA DUNNWALD PETERSON

Sonja D. Peterson

Sonja Dunnwald Peterson
SDP/ms

**Appendix**

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500