UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Patricia E. Larson,

Plaintiff,

v.

Seagate Technology, Inc. a Delaware Corporation,

Defendant.

---

Case File No. 00-CV-2507 (DSD/JMM)

**ORDER FOR DISMISSAL**

Upon the parties stipulation for leave to dismiss this action with prejudice,

IT IS HEREBY ORDERED that this action is hereby dismissed with prejudice and without costs to any of the parties.

Dated: April 22, 2002

BY THE COURT

David S. Doty, Judge
United States District Court

FILED 4-23-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______